UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SHELLY R. MCCLANAHAN,

           Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

           Defendant.

CASE NO. 2:15-cv-00112 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation [Dkt. #23];

(2) Plaintiff's motion for continuance [Dkt. 20] is denied, and this matter is dismissed without prejudice for failure to prosecute and for failure to follow this Court's orders; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to counsel of record.

Dated this 23rd day of August, 2016.

                                                    Ronald B. Leighton
                                                    United States District Judge